UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE J. WILLIAMSON,<br><br>    Plaintiff,<br><br>    v.<br><br>AVALON HEALTH CARE, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-02507-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to *Williamson v. Avalon Health Care, Inc.*, No. 3:19-cv-01177-VC.

**IT IS SO ORDERED.**

Dated: 5/14/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge